ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of - | ) | |
| | ) | |
| Accura-SoCo I JV, LLC | ) | ASBCA No. 63625-ADR |
| | ) | |
| Under Contract No. FA6703-20-D-0001 | ) | |

APPEARANCE FOR THE APPELLANT:     Mr. Parampal Singh
                                                              Atlanta, GA


APPEARANCES FOR THE GOVERNMENT:     Caryl A. Potter, III, Esq.
                                                                         Air Force Deputy Chief Trial Attorney
                                                                       Michael J. Farr, Esq.
                                                                       Maj Roza Sheffield, USAF
                                                                         Trial Attorneys


OPINION BY ADMINISTRATIVE JUDGE ARNETT

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $76,000. This amount is inclusive of Contract Disputes Act interest. No further interest shall be paid.

Dated: January 30, 2024

_____
LAURA J. ARNETT
Administrative Judge
Armed Services Board
of Contract Appeals

I concur                                          I concur


OWEN C. WILSON                                    MICHAEL N. O'CONNELL
Administrative Judge                              Administrative Judge
Acting Chairman                                   Acting Vice Chairman
Armed Services Board                              Armed Services Board
of Contract Appeals                               of Contract Appeals


I certify that the foregoing is a true copy of the Opinion and Decision of the
Armed Services Board of Contract Appeals in ASBCA No. 63625-ADR, Appeal of
Accura-SoCo I JV, LLC, rendered in conformance with the Board's Charter.

Dated: January 30, 2024


PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2